# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

TODD BLAIR AND VANESSA BLAIR

VERSUS

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY,
INDUSTRIAL SUPPORT SYSTEM,
INC., ROD BRAUD AND JEFFERY
DIEZ IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS AN
OFFICER OF INDUSTRIAL
SUPPORT SYSTEM, INC.

NO.   2024 CW 0403

**JULY 29, 2024**

---

In Re:    Industrial   Support   System,   Inc.,   applying   for
          supervisory writs, 23rd Judicial District Court, Parish
          of Ascension, No. 134617.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

    **WRIT GRANTED WITH ORDER.**  The trial court's March 11, 2024
ruling that denied the motion for summary judgment filed by
defendant, Industrial Support System, Inc., is vacated. Defendant
raised objections to affidavits submitted by plaintiffs with their
opposition to defendant's motion for summary judgment.  The trial
court failed to rule on the admissibility of such evidence in
accordance with La. Code Civ. P. art. 966 (D)(2), which provides
that the court shall specifically state on the record or in writing
which documents, if any, it held to be inadmissible or declined to
consider prior to rendering judgment.  This matter is remanded to
the trial court for compliance with La. Code Civ. P. art. 966(D)(2)
and a ruling on defendant's motion for summary judgment after
determination of any evidentiary issues pursuant to La. Code Civ.
P. art. 966(C)(b)(4).

WRC<br>
HG<br>
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT